

# NUMBER 13-24-00656-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

KAREN COURT-KENNEDY,                                    **Appellant,**

**v.**

TEXAS STATE ROOFING COMPANY, LLC,              **Appellee.**

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 4
## OF NUECES COUNTY, TEXAS

## MEMORANDUM OPINION

### Before Chief Justice Tijerina and Justices West and Cron
### Memorandum Opinion by Chief Justice Tijerina

The cause is before the court on its own motion. The clerk's record was due to be filed on or before January 21, 2025. On January 22, 2025, the Clerk of the Court notified appellant that the deputy district clerk, Angela Garcia, had notified the Court that appellant had failed to make arrangements for payment of the clerk's record. Appellant was notified that unless she made arrangements to pay for the clerk's record and proof of payment

was provided to the Court within ten days, the appeal was subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

Furthermore, on January 6, 2025, the Clerk of the Court instructed the appellant to remit a $205.00 filing fee within ten days from the date of the notice. On January 22, 2025, the Clerk of this Court notified appellant that she was delinquent in remitting a $205.00 filing fee. The Clerk of this Court notified appellant the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of the letter. TEX. R. APP. P. 42.3(c).

Appellant has failed to comply with a notice from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

JAIME TIJERINA
Chief Justice

Delivered and filed on the
10th day of April, 2025.

2